BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-363 OWW |
| Plaintiff, | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING HEARING |
| v. | |
| WILLIAM SANCHEZ, aka "Bandit," | |
| Defendant. | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the hearing on the government's motion be set for October 4, 2010, at 1:30 p.m.


Dated: September 23, 2010            /s/ OLIVER W. WANGER
                                     United States District Judge

1